AO 72A
(Rev. 8/82)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
2012 FEB 15 AM 10: 38
CLERK _____
SO. DIST. OF GA.

UNITED STATES OF AMERICA,

vs.

CASE NO.: CR211-022

LEON BUU DAM

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Defendant Leon Buu Dam ("Defendant") has been indicted for making and possessing an unregistered destructive device, in violation of 26 U.S.C. § 5861(d), (f); using/carrying a destructive device during/in relation to a crime of violence, in violation of 18 U.S.C. § 924(c); using/carrying explosives during a felony, in violation of 18 U.S.C. § 844(h); and malicious use of explosive materials, in violation of 18 U.S.C. § 844(i). Defendant, through his counsel, filed a Notice of Intent to Use Mental Illness as a Defense. Additionally, Defendant filed a Motion for Psychiatric Exam, pursuant to 18 U.S.C. §§ 4241 and 4242, on the grounds that there is reasonable cause to suspect the mental status of Defendant at the time of the alleged offense and also to suspect his ability to understand the proceedings against him or to properly assist in the defense of the charges pending in this case. The undersigned granted Defendant's Motion.

Tanya L. Cunic, Psy.D., a forensic psychologist for the Bureau of Prisons, evaluated Defendant from August 23, 2011, through November 5, 2011, at the Federal

Correctional Institution in Butner, North Carolina. In her report, dated November 14, 2011, Dr. Cunic opined that, based on her administration of various tests, Defendant should be found incompetent to stand trial and to make decisions regarding his legal case. Dr. Cunic recommended that Defendant be committed for a period of mental health treatment, which would include the administration of antipsychotic medications, under the provisions of 18 U.S.C. § 4241(d), which provides, in pertinent part:

> If, after [a] hearing, the court finds by a preponderance of the evidence that the defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense, the court shall commit the defendant to the custody of the Attorney General. The Attorney General shall hospitalize the defendant for treatment in a suitable facility—
>
> (1) for such a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the proceeding to go forward[.]

18 U.S.C. § 4241(d).

On February 14, 2012, a competency hearing was held. At that hearing, counsel for both parties stipulated to the accurancy of Dr. Cunic's findings and conclusions as articulated in her report. They each waived their right to present additional evidence. Based upon the unrebutted psychological evidence, the Court should find that a preponderance of the evidence establishes that Defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to properly assist his counsel in the preparation of his defense against the alleged charges.

Therefore, it is my **RECOMMENDATION** that the Court determine that Defendant's incompetency renders him incapable of assisting properly in his defense. It is also my **RECOMMENDATION** that Defendant be committed to the custody of the

2

Attorney General to be hospitalized at the Federal Medical Center in Butner, North Carolina, until such time as Defendant regains competency, but for a period not to exceed four months. Per Defendant's counsel's request, I **RECOMMEND** that Defendant's counsel receive intermittent updates on Defendant's condition and that Defendant's counsel be granted visitation in accordance with normal visitation policies at the Federal Medical Center in Butner, North Carolina.

**SO REPORTED** and **RECOMMENDED**, this 15th day of February, 2012.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)

3