# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| LEON BUU DAM, | * | |
| | * | |
| Movant, | * | CIVIL ACTION NO.: 2:15-cv-125 |
| | * | |
| v. | * | |
| | * | |
| UNITED STATES OF AMERICA, | * | (Case No.: 2:11-cr-22) |
| | * | |
| Respondent. | * | |

### ORDER

After an independent and *de novo* review of the record, the undersigned concurs with the Magistrate Judge's February 13, 2017, Report and Recommendation, (dkt. no. 8), to which Leon Buu Dam ("Dam") filed Objections. (Dkt. No. 9.) Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **OVERRULES** Dam's Objections.

The Court **DENIES** Dam's Motion to Vacate, Set Aside, or Correct his Sentence, brought pursuant to 28 U.S.C. § 2255, **DENIES** Dam a certificate of appealability, and **DENIES** Dam leave to proceed *in forma pauperis* on appeal.

AO 72A
(Rev. 8/82)

The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case

**SO ORDERED**, this 15 day of March, 2017.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)