IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 211-022 |
| | ) | |
| LEON BUU DAM | ) | |
| | ) | |

## ORDER

Recognizing the sensitive nature of the information contained therein, and pursuant to the government's motion to seal Exhibits C and D to its response to defendant's motion for compassionate release, the government's motion is hereby GRANTED, and the Clerk is directed to SEAL Exhibits C and D with access limited to the parties and the Court until further Order of this Court.

SO ORDERED this 31st day of July 2020.

_____
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA